# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARCUS D. WEST,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV19

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2008, Order.

Signed: April 11, 2008

_____
Frank G. Johns, Clerk
United States District Court